United States District Court
Southern District of Texas
**ENTERED**
July 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-153 |
| | § | |
| JOHN DOE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal with Prejudice (D.E. 34), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 31st day of July, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE